HANSON BRIDGETT LLP
JAHMAL T. DAVIS, SBN 191504
ASHLEY A. BALTAZAR, SBN 284921
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:	(415) 777-3200
Facsimile:	(415) 541-9366

Attorneys for Defendant
SUTTER GOULD MEDICAL FOUNDATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CARMEN SERRANO,<br><br>        Plaintiff,<br><br>    v.<br><br>SUTTER GOULD MEDICAL FOUNDATION; and DOES 1 through 50,<br><br>        Defendants. | CASE NO. 2:15-CV-01881-MCE-EFB<br><br>**STIPULATION DISMISSING COMPLAINT WITH PREJUDICE (F.R.C.P. 41(a)(1)(A)(ii)) AND ORDER** |

IT IS HEREBY STIPULATED, by and between Plaintiff CARMEN SERRANO and Defendant SUTTER GOULD MEDICAL FOUNDATION, by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATION DISMISSING COMPLAINT WITH PREJUDICE (F.R.C.P. 41(a)(1)(A)(ii)) AND ORDER

*See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (requiring stipulation for voluntary dismissals after responsive pleadings have been filed.)

IT IS HEREBY SO AGREED.

DATED: July    , 2016                             CRABTREE SCHMIDT

By: _____
MICHAEL DENNIS
Attorneys for Plaintiff CARMEN SERRANO

DATED: July    , 2016                             HANSON BRIDGETT LLP

By: _____
JAHMAL T. DAVIS
ASHLEY A. BALTAZAR
Attorneys for Defendant
SUTTER GOULD MEDICAL FOUNDATION

## ORDER

Pursuant to the parties' stipulation, the Complaint and any and all claims for relief in the above-captioned matter, U.S.D.C. E.D. Cal. Case No. 2:15−CV−01881−MCE−EFB, are hereby DISMISSED with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 17, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE